# Court of Appeals
# of the State of Georgia

ATLANTA,  May 01, 2024

*The Court of Appeals hereby passes the following order:*

**A24A0357. IN RE: ANN SAYWELL SPEARS.**

Leigh Ann Siegel was appointed conservator of adult ward Ann Saywell Spears. Mary Todd Bohlke petitioned to revoke Siegel's letters of conservatorship. The trial court conducted a hearing and signed an order revoking Siegel's letters of conservatorship. Siegel filed a motion for new trial, which the trial court denied. Siegel appeals this ruling. We, however, lack jurisdiction.

"[I]t is incumbent upon this Court to inquire into its own jurisdiction." *MSM Poly, LLC v. Textile Rubber & Chem. Co.*, 353 Ga. App. 538, 539 (1) (839 SE2d 4) (2020). The record in this case reveals that a proposed order was submitted to the trial court on April 28, 2022, and file-stamped on that date.  That order was signed by the trial court on May 31, 2022, but there is no file-stamped copy of the signed order; the only filing date predates the date of signing.

Pursuant to OCGA § 5-6-31, a judgment is deemed entered when it is signed by the judge and entered by the clerk, both of which are prerequisites to an appeal. See *Boynton v. Reeves*, 226 Ga. 202, 202 (173 SE2d 702) (1970).  Entry of final judgment is determinative in establishing appellate jurisdiction. See *McKeever v. State*, 189 Ga. App. 445, 446 (375 SE2d 899) (1988). Because judgment here was never entered, Siegel's motion for new trial is not legally cognizable. See *Southall v. State*, 300 Ga. 462, 466 (1) (796 SE2d 261) (2017) ("[A]n early motion for new trial or notice of appeal is . . . not legally cognizable before the judgment about which it complains is entered of record."). Under these circumstances, the case remains pending in the trial

court.  See *McKeever*, supra. Accordingly, we lack jurisdiction to consider this appeal, which  is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,   05/01/2024            *

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*